UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | Case No.1:14-cr-00220-RJJ-2 |
| ) | |
| v.   ) | Honorable Robert J. Jonker |
| ) | |
| MIGUEL ANGEL SANTOS,   ) | |
| ) | **ORDER** |
| Defendant.   ) | |
| _____) | |

Defendant appeared before me on December 3, 2014, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. Defendant is currently under parole supervision. Attempts to contact Defendant's Parole Agent regarding a parole violation/hold have been unsuccessful. Defendant reserves the right to reopen the detention hearing should he obtain information regarding his parole status that warrants it.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 4th day of December, 2014.

/s/ Phillip J. Green
United States Magistrate Judge