# UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### 685 GERALD R. FORD FEDERAL BUILDING
### 110 MICHIGAN STREET, NW
### GRAND RAPIDS, MICHIGAN 49503

CHAMBERS OF
**ROBERT J. JONKER**
CHIEF DISTRICT JUDGE

TEL (616) 456-2551
FAX (616) 732-2703



August 3, 2015

Mr. Miguel Angel Santos
P.O. Box 845
White Cloud, MI 49349

    Re: Case No. 1:14-CR-220

Dear Mr. Santos:

    I have reviewed the document you sent to me dated July 28, 2015, regarding your retained counsel, Damian D. Nunzio. I am copying Mr. Nunzio on this letter, as well as the document you sent to me.

    I cannot communicate with you substantively regarding the issues in your case. Nor can I deal with any issues regarding your relationship with counsel in the absence of a properly filed motion in the case. Any motion in the case must be served on counsel for all parties in the case, including the Assistant United States Attorney on behalf of the United States. You may or may not wish to have your concerns and questions publicly disclosed in that fashion at this time. Accordingly, I am not filing a copy of your letter on the public record at this time so that you will have a chance to discuss this matter first with your counsel, Mr. Nunzio.

    After you and Mr. Nunzio communicate regarding this matter, if you still have questions or concerns regarding the representation, you or Mr. Nunzio will need to alert the Court in a proper filing and I will take up the matter in due course.

                                  Sincerely,

                                  Robert J. Jonker
                                  United States District Judge

RJJ/ymc

cc:     Damian D. Nunzio