UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,

                              CASE NO. 1:14-CR-220

v.

                              HON. ROBERT J. JONKER

MIGUEL ANGEL SANTOS,

       Defendant.

_____/

## ORDER

Defendant has filed a pro se "Letter-Motion for Reduction/Modification of Supervised Release Terms & Sentence for Good Cause." (ECF No. 116)  The filing appears to be a generic form document making the rounds at FCI Elkton in Lisbon, Ohio.  The Court recently received two nearly identical filings in two separate cases from two separate defendants, both housed at FCI Elkton. *United States v. Campos*, Case No. 1:11-CR-48; *United States v. Allah*, 1:15-CR-94.

The Motion is DENIED.  The Court generally has limited authority to alter a sentence of imprisonment, and none of the recognized exceptions apply here.  18 U.S.C. 3582(c).  This applies to the terms of supervision imposed, too, at least while Defendant remains incarcerated in the BOP.  Once supervision begins, other options may become available.

IT IS SO ORDERED.


Dated:  July 1, 2016              /s/ Robert J. Jonker_____
                             ROBERT J. JONKER
                             CHIEF UNITED STATES DISTRICT JUDGE