FILED - GR
August 1, 2016 10:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kw   Scanned: 8-1 kw

Miguel Angel Santos
Reg. No. 11396-040
FCI-Elkton
Post Office Box 10
Lisbon, Ohio 44432

August 1, 2016

Clerk of the Court
United States District Court
Western District of Michigan-Southern Division
Grand Rapids, Michigan

Re: Case No. 1:14-CR-220-RJJ-2

Dear Clerk of the Court;

I am preparing to file a §2255 motion alleging ineffective assistance of counsel during multiple phases of the criminal proceedings against me. In that regard, I need copies of the following transcripts and documents.

Transcripts:

1) Change of Plea Hearing, 5-8-15, No. 61;
2) Omnibus Hearing, 9-15-15, No. 71;
3) Omnibus Heraing, 11-16-15, No. 99;
4) Sentencing Hearing, 11-24-15, No. 101; and
5) Amended Sentencing Minutes, 11-24-15, No. 102.

Documents:

1) First Sentencing Memorandum, 9-11-15, No. 70;
2) Ex Parte Motion, 10-8-15, No. 94;
3) Order, 10-13-15, No. 95;
4) Document, 10-13-15, No. 96;
5) Supplemental Sentencing Memorandum, 11-11-15, No. 98; and
6) Plea Agreement, 5-6-15, No. 59.

Please note Docket No. 8 and 11. I have previously been granted informa pauperis status by the Court. I ask that the items requested be provided wothout cost to me.

Sincerely,

Miguel A. Santos

NAME: Miguel Angel Santos
REG.# 11396-040
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

⇔11396-040⇔
United St District Court
110 Michigan ST NW
Grand Rapids, MI 49503
United States